■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL O'CONNOR, Appellant. [834 NYS2d 668]— Appeal by the defendant from a judgment of the County Court, Putnam County (Miller, J.), rendered December 14, 2004, convicting him of driving while under the influence of alcohol in violation of Vehicle and Traffic Law § 1192 (3), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty, withdrew all pretrial motions that he "made or could have . . . made," and waived his right to appeal. The defendant's argument that he was denied a speedy trial, to the extent that it is based on the terms of CPL 30.30, is thus for a number of different procedural reasons not properly reviewable on this appeal (*see People v Holmes*, 303 AD2d 690 [2003]). To the extent that this argument rests on constitutional principles, and to the extent that the defendant's argument is thus properly reviewable on appeal irrespective of

the procedural bars noted above (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Blakley*, 34 NY2d 311, 314-315 [1974]), it is without merit (*see generally People v Taranovich*, 37 NY2d 442 [1975]).

The defendant's remaining contentions are not properly before this Court. Rivera, J.P., Florio, Dillon and Carni, JJ., concur.